MAY 20, 1968.

No. ——. WINTERS v. UNITED STATES ET AL., 390 U. S. 993. Application for reconsideration of application for temporary stay, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS dissents. *Moses M. Falk* for applicant. *Solicitor General Griswold* for the United States et al. in opposition.

No. 9, Orig. UNITED STATES v. LOUISIANA ET AL. Motions of the State of Louisiana and the United States for entry of Supplemental Decree No. 2 are set down for oral argument during week of October 14, 1968. Main briefs of counsel shall be filed on or before August 15, 1968, and reply briefs on or before September 16, 1968. THE CHIEF JUSTICE and MR. JUSTICE MARSHALL took no part in the consideration or decision of this order. On the motion for the State of Louisiana were *Jack P. F. Gremillion*, Attorney General, *Victor A. Sachse, Paul M. Hebert, Thomas W. Leigh, Robert F. Kennon, W. Scott Wilkinson, J. B. Miller, Oliver P. Stockwell, J. J. Davidson*, and *Frederick W. Ellis*, Special Assistant Attorneys General, and *John L. Madden*, Assistant Attorney General. On the motion for the United States were *Solicitor General Griswold, Assistant Attorney General Martz, Archibald Cox*, Special Assistant to the Attorney General, *Louis F. Claiborne, Roger P. Marquis*, and *George S. Swarth*. [See 389 U. S. 155.]

No. 937. COMMONWEALTH COATINGS CORP. v. CONTINENTAL CASUALTY CO. ET AL. C. A. 1st Cir. (Certiorari granted, 390 U. S. 979.) Motion of respondents to remove case from summary calendar denied. *Luther P. House, Jr.*, on the motion.